# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00075-CV

### James McArdle and Chung McArdle, Appellants

### v.

### Eric Stahl and Susan Bassett, Appellees

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 03-064-C368-A, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed an unopposed motion to dismiss their appeal advising that the trial court has denied their motion to sever their action against appellees Stahl and Bassett from claims against a third defendant. As a result, the summary judgment granted in favor of appellees is interlocutory and not appealable. *See Teer v. Duddlesten*, 664 S.W.2d 702, 703 (Tex. 1984). The appeal is dismissed on the motion of appellants. Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellants' Motion

Filed:   March 11, 2004